UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNY HERNAN ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIK BONNAR, et al.,<br><br>    Defendants. | Case No. 18-cv-03228-WHO<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

Plaintiff Giovanny Hernan Ortega's motion for a preliminary injunction was argued before me on June 12, 2018. I have reviewed all of the filings connected with the motion and reviewed the authorities cited in the briefs. For the reasons I stated on the record, and with good cause appearing, I GRANT Mr. Ortega's motion and ENJOIN defendants, including ICE, from re-arresting Mr. Ortega unless and until a hearing, with adequate notice, is held in Immigration Court to determine whether Mr. Ortega's bond should be revoked or altered. Nothing in this Order suggests that defendants should seek such a hearing. If they decide that a material change in circumstances has occurred such that re-detention is appropriate, then such a hearing may occur pursuant to a motion to reconsider filed in Immigration Court under 8 U.S.C. § 1226(a).

**IT IS SO ORDERED.**

Dated: June 12, 2018

William H. Orrick
United States District Judge