DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIOVANNY HERNAN ORTEGA, | CASE NO. 3:18-cv-03228-WHO |
| Petitioner, | JUDGMENT |
| v. | |
| ERIK BONNAR, et al., | |
| Respondents. | |

On November 22, 2019, Petitioner's petition for writ of habeas corpus was granted. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Petitioner and against Respondents. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

DATE: February 24, 2020

_____
The Honorable William H. Orrick
United States District Judge

JUDGMENT
NO. 3:18-CV-3228 WHO